Anton H. Meyer, as Assignee for the Benefit of Creditors of the United States Restaurant and Realty Company, Respondent, *v.* David A. Schulte et al., as Copartners under the Firm Name of Schulte & Company, Appellants.

*Meyer* v. *Schulte*, 160 App. Div. 236, affirmed.
(Submitted December 3, 1914; decided December 18, 1914.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover installments of rent alleged to be due under a written lease.

*Jerome Eisner* for appellants.

*Alexander Gordon* and *William F. McCombs* . for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.